IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Deuser, Kelly L

Printed: 12/10/08

Case Number: 05 B 55439
Judge: Hollis, Pamela S
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 7, 2008
Confirmed: January 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,865.14 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,400.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 364.29 |
| Other Funds: |  | 0.11 |
| Totals: | 6,865.14 | 6,865.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,100.00 | 1,100.00 |
| 2. | ECast Settlement Corp | Unsecured | 433.55 | 558.22 |
| 3. | ECast Settlement Corp | Unsecured | 89.88 | 115.73 |
| 4. | American General Finance | Unsecured | 331.59 | 426.93 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,776.40 | 2,287.19 |
| 6. | Portfolio Recovery Associates | Unsecured | 370.47 | 477.01 |
| 7. | Capital One | Unsecured | 1,192.71 | 1,535.66 |
| 8. | Card Member Services | Unsecured |  | No Claim Filed |
| 9. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 10. | Trace Ambulance | Unsecured |  | No Claim Filed |
| 11. | LCA Vision | Unsecured |  | No Claim Filed |
| 12. | ICS | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,294.60 | $ 6,500.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 55.82 |
| 5% | 68.84 |
| 4.8% | 78.78 |
| 5.4% | 121.62 |
| 6.5% | 34.56 |
| 6.6% | 4.67 |
|  | $ 364.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Deuser, Kelly L | Case Number:  05 B 55439 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  10/14/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

